

# INVOICE

Invoice # 1537
Date: 03/29/2021
Due Upon Receipt

# Sparkman, Shepard & Morris, P.C.

P.O. BOX 19045
Huntsville, AL 35804

Tazewell T. Shepard, TRUSTEE
P. O. Box 19045
Huntsville, AL 35801

## 00244-Shepard, TRUSTEE-Estate of Lonnie Lee & Chanda Eugenia Kittrell Case No. 13-80651

## Estate of Lonnie Lee & Chanda Eugenia Kittrell Case No. 13-80651

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/25/2018 | Paralegal: Prepared & filed Motion to Reopen Case | 0.40 | $20.00 | $8.00 |
| Expense | 05/25/2018 | Reimbursable expenses: Copies - 15 pages - Motion to Reopen Case | 1.00 | $3.75 | $3.75 |
| Expense | 05/25/2018 | Reimbursable expenses: Postage - 15 x .47 - Motion to Reopen Case | 1.00 | $7.05 | $7.05 |
| Service | 06/20/2018 | Paralegal: Prepared & filed case status change letter, changed to asset in TCMS. imported assets, & opened file; Prepared three Applications to Employ SC & emailed to K. Johnson to forward to SC for their review and provide supporting documents | 1.30 | $20.00 | $26.00 |
| Service | 07/02/2018 | Paralegal: Reviewed email from K. Johnson that she has submitted a request to notify the firms of the need of the fee reduction & to obtain their bios. | 0.10 | $20.00 | $2.00 |
| Service | 07/19/2018 | Paralegal: Reviewed email from K. Johnson re SC fee reduction | 0.20 | $20.00 | $4.00 |
| Service | 07/31/2018 | Paralegal: Reviewed email from K. Johnson with update on revised closing statement | 0.10 | $20.00 | $2.00 |
| Service | 08/14/2018 | Paralegal: Reviewed email from K. Johnson providing revised settlement statement & confirmation on SC approval of Applications to Employ | 0.20 | $20.00 | $4.00 |
| Service | 09/28/2018 | Paralegal: Reviewed emails from K. Johnson with SC approval of Applications to Employ SC | 0.20 | $20.00 | $4.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/30/2018 | Paralegal: Revised Applications to Employ per K. Johnson email; Emailed K. Johnson re names & addresses needed to complete COS | 0.30 | $20.00 | $6.00 |
| Service | 12/11/2018 | Paralegal: Reviewed & responded to email from K. Johnson regarding defense information | 0.30 | $20.00 | $6.00 |
| Service | 02/21/2019 | Paralegal: Revised & filed 3 Applications to Employ SC; Emailed K. Johnson with copies of filed Applications; Prepared Motion to Approve Compromise & Settlement & 3 Motions to Pay SC Fees | 2.00 | $20.00 | $40.00 |
| Expense | 02/21/2019 | Reimbursable expenses: Copies - 70 pages - Applications to Employ SC | 1.00 | $17.50 | $17.50 |
| Expense | 02/21/2019 | Reimbursable expenses: Postage - 7 x .65 - Applications to Employ SC | 1.00 | $4.55 | $4.55 |
| Service | 03/19/2019 | Paralegal: Emailed SC re appearance in court tomorrow | 0.10 | $20.00 | $2.00 |
| Service | 03/21/2019 | Paralegal: Prepared 3 proposed orders approving Applications to Employ SC & submitted to court for entry; Emailed K. Johnson with copy of entered orders | 0.40 | $20.00 | $8.00 |
| Service | 04/05/2019 | Paralegal: Revised Motion for Approval of Compromise and Settlement; Emailed K. Johnson with Motion for Approval of Compromise and Settlement & 3 Motions to Pay SC Fees for counsel to review | 0.40 | $20.00 | $8.00 |
| Service | 04/15/2019 | Paralegal: Reviewed email from K. Johnson requesting drafts of proposed orders for the the Motion for Approval of Compromise and Settlement & the 3 Motions to Pay SC Fees | 0.10 | $20.00 | $2.00 |
| Service | 04/17/2019 | Paralegal: Prepared draft proposed orders for the Motion for Approval of Compromise and Settlement & the 3 Motions to Pay SC Fees & emailed to K. Johnson per her request | 0.40 | $20.00 | $8.00 |
| Service | 05/30/2019 | Paralegal: Reviewed email from K. Johnson re getting update on various motions | 0.10 | $20.00 | $2.00 |
| Service | 06/07/2019 | Paralegal: Reviewed email from K. Johnson with defense counsel edits to settlement motion & proposed order | 0.20 | $20.00 | $4.00 |
| Service | 07/11/2019 | Paralegal: Emailed K. Johnson for update on Motions to Pay SC for Blizzard & Nabers & Willis Law Firm; Reviewed email from K. Johnson with Willis Law Firm Motion to Pay & with status of Blizzard & Nabers Motion to Pay | 0.20 | $20.00 | $4.00 |
| Service | 07/12/2019 | Paralegal: Reviewed email from K. Johnson providing Motion to Pay SC for Blizzard & Nabers | 0.10 | $20.00 | $2.00 |
| Service | 07/26/2019 | Paralegal: Filed Motion for Approval of Compromise & Settlement & 3 Motions to Pay SC Fees | 1.00 | $20.00 | $20.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 07/26/2019 | Reimbursable expenses: Copies - 126 pages - Motion for Approval of Compromise & Settlement & 3 Motions to Pay SC Fees | 126.00 | $0.25 | $31.50 |
| Expense | 07/26/2019 | Reimbursable expenses: Postage - 21 x .50 - Motion for Approval of Compromise & Settlement & 3 Motions to Pay SC Fees | 21.00 | $0.50 | $10.50 |
| Service | 08/21/2019 | Paralegal: Prepared proposed orders approving the Motion for Compromise & Settlement & the 3 Motions to Pay SC Fees & submitted to court for entry | 0.30 | $20.00 | $6.00 |
| Service | 11/05/2019 | Paralegal: Received & deposited MDL settlement check from Blizzard BSC Settlement Escrow Account in the amount of $87,550.41 | 0.20 | $20.00 | $4.00 |
| Service | 12/24/2019 | Paralegal: Prepared & filed Report of Initial Deposit | 0.20 | $20.00 | $4.00 |
| Service | 12/24/2019 | Paralegal: Prepared status report | 0.20 | $20.00 | $4.00 |
| Service | 04/17/2020 | Paralegal: Filed status report | 0.10 | $20.00 | $2.00 |
| Service | 09/10/2020 | Paralegal: Prepared & filed status report | 0.20 | $20.00 | $4.00 |
| Service | 12/16/2020 | Paralegal: DH prepared and filed updated status report in this case. Sent copy to BA for their informaiton. | 0.20 | $20.00 | $4.00 |
| Service | 03/29/2021 | Paralegal: Review and verify claims; prepare TFR/NFR; close trustee bank account | 3.60 | $20.00 | $72.00 |
| Expense | 03/29/2021 | Misc. Trustee Expenses: Pro Rata Share of Trustee's bond premium | 1.00 | $100.00 | $100.00 |
| Service | 03/31/2021 | Paralegal: FUTURE WORK: File and serve TFR/NFR; Prepare and filed TDR; close case; close in database; close and box files. | 2.50 | $20.00 | $50.00 |
| Expense | 03/31/2021 | Misc. Trustee Expenses: FUTURE DISBURSEMENTS: (Calculated at number of claims x $3.00) | 3.00 | $3.00 | $9.00 |
| Expense | 03/31/2021 | Mailout (Copies & Postage): FUTURE WORK: Copies and Postage for mailout of NFR and TDR | 1.00 | $50.00 | $50.00 |
| | | | | **Total** | **$545.85** |

Please make all amounts payable to: Sparkman, Shepard & Morris, P.C.